[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-11233
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 11, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 00-00594-CR-1-JTC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARRETTE RAGLAND,
a.k.a. P-Rag,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(December 11, 2009)

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Thomas C. Wooldridge, appointed counsel for Garrette Ragland in this

appeal from the district court's order granting the government's Rule 35(b) motion, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ragland's amended sentence is **AFFIRMED**.